THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* KENNETH WHITCOMB, Appellant.

Submitted October 4, 1948; decided October 7, 1948.

*Charles J. McDonough* for motion.
*Gordon Steele, District Attorney* (*Robert S. Lesher* of counsel), opposed.

Motion dismissed on the ground that the order was made in a proceeding originally commenced in a court other than the Supreme Court, a County Court, a Surrogate's Court or the Court of Claims (Civ. Prac. Act, § 589, subd. 1, par. [b] ; N. Y. Const., art. VI, § 7, subd. [6]).